# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL COURTOIS,          | CV F   05-1003 OWW DLB HC |
|        Petitioner, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE |
|    v. | [Doc. 3] |
| UNITED STATES DISTRICT COURT, | |
|        Respondents. | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     Petitioner filed the instant action on August 4, 2005.  On August 12, 2005, Petitioner filed a notice to the Court indicating that he did not intend to file the instant action and requests that the action be dismissed.

     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs."  Respondent has not made an answer in this action and no answer has been filed.  Accordingly, the action is DISMISSED, without prejudice, pursuant to Petitioner's request.

     IT IS SO ORDERED.

**Dated:   September 26, 2005**               **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE

1